# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0799

VERSUS

JEREMY PAYNE                                          **OCTOBER 23, 2023**

---

In Re:    Jeremy Payne, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. DC-22-00675.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

        **WRIT DENIED.** See **Duren v. Missouri,** 439 U.S. 357, 364, 99
S.Ct. 664, 668, 58 L.Ed.2d 579 (1979). See also **State v.
Germany,** 2020-00878 (La. 11/4/20), 303 So.3d 631, 632 (*per
curiam*).

                              **JEW**
                              **GH**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT